**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 2, 2023

**BY ECF and Email**

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    **United States v. Kelley**
               **23 Mag. 05827 (UA)**

Dear Judge Cott:

    Pursuant to 18 U.S.C. § 4285, I respectfully request that Your Honor endorse the enclosed order directing the U.S. Marshals Service to arrange for and fund Ms. Kelley's travel from New York, New York to St. Louis, Missouri for her initial appearance on August 10, 2023 at 10:30 am and her meeting with pretrial services at 8:30 am the same day. Ms. Kelley is indigent and qualifies for this relief under 18 U.S.C. § 4285.

    I request that the U.S. Marshals arrange for Ms. Kelley to arrive the morning of her court appearance.

                                       Respectfully submitted,

                                       /s/
                                       Marne L. Lenox
                                       Assistant Federal Defender
                                       (212) 417-8700

cc:    All counsel (ECF)

Application granted. **SO ORDERED.**

Dated: New York, New York
          August 2, 2023

                                       JAMES L. COTT
                                       United States Magistrate Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TRANSPORTATION ORDER** |
| - v - | : | 23 Mag. 05827 (UA) |
| Valerie Kelley, | : | |
| Defendant. | : | |

```
-----------------------------------x
```

Upon the application of **Valerie Kelley**, by her attorney, **Marne L. Lenox, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Valerie Kelley with funds to cover the cost of airfare from New York, New York to St. Louis, Missouri in advance of Ms. Kelley's upcoming court date on Thursday, August 10, 2023 at 10:30am and appointment with pretrial services at 8:30am the same day, arriving in St. Louis no later than 7:00am and no earlier than 5:00am on Thursday, August 10, 2023; and it is hereby further

**ORDERED** that the aforesaid expense shall be paid by the United States Marshals Service.

Dated:  New York, New York  
       August <u>2</u>, 2023

SO ORDERED:

_____  
JAMES L. COTT  
United States Magistrate Judge